**DANIEL G. ASHBURN, ESQ.**
*Admitted in Georgia and Israel*

**ASHBURN LAW OFFICE LLC**
ATLANTA, GEORGIA • 404-939-1323

August 4, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2021
```

<u>VIA ECF</u>

Hon. Mary Kay Vyskocil, U.S. District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:   *Avrohom Manes, et al. v. Santander Consumer USA, Inc., et al.*
           SDNY No. 1:21-cv-04666-MKV

Dear Judge Vyskocil,

    I represent Plaintiff Avrohom Manes in this case. I am writing to request a stay of thirty (30) days in the in above-referenced case. This case is currently pending before Your Honor in advance of the initial pre-trial conference.

    Unfortunately, undersigned counsel for Plaintiff has recently had to deal with a serious family illness. Just recently, the family illness has worsened and become unstable. Counsel for Plaintiff has consulted with his client and must respectfully request an emergency stay of thirty (30) days of this action to attend to his family. Counsel for Defendants have graciously consented to this request.

    Thank you for your consideration.

                                                          Sincerely,

                                                          s/Daniel G. Ashburn

                                                          Daniel G. Ashburn, Esq.

Cc:   Counsel of Record (via ECF)

---

**The Initial Pretrial Conference in this case, previously set for August 12, 2021, is adjourned to September 22, 2021 at 11:00AM. The deadlines in the Court's previous Scheduling Order are extended consistent with this adjournment. SO ORDERED.**

Date: 8/5/2021
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge