UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVROHOM MANES,<br><br>             Plaintiff,<br><br>-against-<br><br>SANTANDER CONSUMER USA, INC.,<br>*doing business as* Chrysler Capital,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC. and TRANS UNION LLC<br><br>             Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:___12/21/21___<br><br>21-cv-4666 (MKV)<br><br>ORDER OF DISMISSAL |

MARY KAY VYSKOCIL, United States District Judge:

The parties have informed the Court that Plaintiff has reached a settlement in principle

with each of the defendants remaining in this case [ECF Nos. 8, 21, 22, 23]. Accordingly, IT IS

HEREBY ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's calendar if the application to restore

the action is made by January 21, 2022. If no such application is made by that date, today's

dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d

492, 494 n.1 (2d Cir. 2004). The Court will not retain jurisdiction to enforce the terms of any

settlement agreement. All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date:  **December 21, 2021**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1